# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **ERNESTO GUEVARA ABRAHAN,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **WARDEN OF EL PASO PROCESSING** | § | No.  3:26-CV-02030-LS |
| **CENTER, U.S. ATTORNEY** | § | |
| **GENERAL, MARKWAYNE MULLIN,** | § | |
| **SECRETARY OF THE D.H.S., AND** | § | |
| **MARIA DE ANDA-YBARRA, U.S. ICE** | § | |
| **FIELD OFFICE DIRECTOR,** | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

Petitioner Ernesto Guevara Abrahan seeks a writ of habeas corpus ordering his release from custody.[1] However, Petitioner has another habeas petition pending before this Court seeking the same relief on the same grounds.[2] "[A]s part of its inherent power to administer its docket, a district court may dismiss a suit that is duplicative of another federal court suit."[3] Therefore, the Court dismisses this case without prejudice as duplicative of Petitioner's other case.

**SO ORDERED**.

---

[1] ECF No. 2.

[2] Petition for Writ of Habeas Corpus, *Abrahan v. Warden, ERO El Paso Camp East Montana et al.*, No. 3:26-cv-00540-LS (W.D. Tex. Feb. 23, 2026), ECF No. 1.

[3] *Duru v. U-Haul Co. of N. Georgia*, No. 3:15-cv-436, 2015 WL 12743761, at *1 (N.D. Tex. Feb. 13, 2015) (quoting *Houston v. Caruso*, No. 2:08-cv-124, 2009 WL 579411, at *2 (W.D. Mich. Mar. 5, 2009)); *see also Pittman v. Moore*, 980 F.2d 994, 995 (5th Cir. 1993) ("The court here held that it is 'malicious' for a pauper to file a lawsuit that duplicates allegations of another pending federal lawsuit by the same plaintiff. We agree."); *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977) ("[Plaintiffs] ha[ve] no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant." (citing *United States v. Haytian Republic*, 154 U.S. 118, 123–24 (1894))).

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**